| | |
|---|---|
| United States of America, | No. 17-548MJ |
| Plaintiff, | **MATERIAL WITNESS ORDER** |
| vs. | |
| Steven Snyder, | |
| Defendant. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Defendant, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of Albert A. Martinez filed in this case, the following persons can provide testimony that is material to the offense alleged in the Complaint:

   Fabrocio Romero-Hernandez, Eric Avila-Sierra, Josue Machorro-Martinez, and
   Juan Jose Lopez-Roca

The Magistrate Judge finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

IT IS ORDERED that the witnesses shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal. The witness(es) shall be afforded a reasonable opportunity for private consultation with counsel.

DATED this 16th day of November, 2017.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge